Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: (754) 444-7539

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STORACE, *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>AYR STAGE AGENCY, LLC,<br><br>Defendant. | Case No.: 2:24-cv-06430-ODW-SSC<br><br>**Hon. Otis D. Wright, II**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Michael Storace, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Dated: September 27, 2024

                 Respectfully Submitted,

                 <u>/s/ Gerald D. Lane, Jr.</u>
                 **GERALD D. LANE, JR., ESQ.**
                 California Bar No.: 352470
                 E-mail: gerald@jibraellaw.com
                 E-mail: jibrael@jibraellaw.com
                 The Law Offices of Jibrael S. Hindi
                 110 SE 6th Street, Suite 1744
                 Fort Lauderdale, Florida 33301
                 Phone: (754) 444-7539

                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Gerald D. Lane, Jr.</u>
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470